# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1881

_____

Thomas S. Ginn,

*Plaintiff - Appellant*,

v.

C.V. Rivera, Warden, FCC - Forrest City Low,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 27, 2016
Filed: January 4, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Federal inmate Thomas Ginn appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition in which he requested federal sentence credit for time that he

---

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

spent in custody from January 20, 2010, through September 12, 2013. Upon careful de novo review, *see Mitchell v. United States Parole Comm'n*, 538 F.3d 948, 951(8th Cir. 2008), we agree with the district court's reasoning and conclusion that habeas relief was not warranted. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____